UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Douglas Delaney,

Plaintiff,

vs.

Frontier Airlines, Inc.,

Defendant.

Court File No: 01-796-DSD/SRN

**STIPULATION AND ORDER FOR DISMISSALWITH PREJUDICE**

**STIPULATION**

The parties hereby stipulate that the above-entitled matter, having been compromised and settled, may be dismissed on the merits and with prejudice, but without costs to any party.

**SCHWEBEL, GOETZ & SIEBEN, P.A.**

Dated: 12-20-02

By [signature]

Peter W. Riley, #91765
Attorney for the Plaintiff
5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2246
(612) 377-7777

**JOHNSON & LINDBERG, P.A.**

Dated: 9 Dec 2002

By: [signature]

Michael C. Lindberg, #63307
Attorney for Defendant
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

FILED 12-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

So Ordered.

Dated this 30TH day of DECEMBER, 2002.

**BY THE COURT:**

The Honorable David S. Doty
U.S. District Judge